IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HEATHER DOE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 23-3287** |
| | : | |
| **DOROTHY E. AUSTIN** | : | |

## ORDER

**AND NOW**, this 29th day of February 2024, upon reviewing Defendant Central Bucks School District and Central Bucks School District Transportation's Motion to dismiss (ECF No. 28), Defendant Dorothy Austin's Motion to dismiss (ECF No. 30), Plaintiff's Oppositions (ECF Nos. 31, 35), Defendants' Replies (ECF Nos. 34, 36), and for reasons detailed in today's accompanying Memorandum, it is **ORDERED** we:

1. **GRANT** Defendant Central Bucks School District and Central Bucks School District Transportation's Motion to dismiss (ECF No. 28) without prejudice requiring we amend the caption as above; and,

2. **DENY** Defendant Austin's Motion to dismiss (ECF No. 30) requiring she file an Answer to the substantive due process civil rights and state law claims no later than **March 14, 2024.**

KEARNEY, J.