

**Lento Law Group, P.C.**
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
267-833-0200 Ext: 497 (T)
267-833-0300 (F)
Lawrence A. Katz, Esquire
Member of the PA and NJ Bar
Lakatz@lentolawgroup.com

August 2, 2024

Honorable Mark A. Kearney
6613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

RE:   Case 2:23-cv-03287-MAK DOE v. CENTRAL BUCKS SCHOOL DISTRICT et al

Dear Judge Kearney:

This is the status report mandated by the Court's recent order approving a minor's settlement.

All checks have been received and deposited. Both checks have cleared the bank. Ms. Austin's cleared Wednesday. Settlement distribution checks were cut yesterday. The final Trust documents will be signed this afternoon.

We anticipate opening the bank account to deposit the Special Trust funds early next week.

Respectfully,

LAWRENCE A. KATZ
Counsel for Plaintiff

Atlanta, GA • Birmingham, AL • Coral Springs, FL • Detroit, MI • El Paso, TX • Flint, MI • Los Angeles, CA
Miami, FL • Mount Laurel, NJ • New York, NY • Orlando, FL • Philadelphia, PA • Richmond, VA • San Juan, PR Scottsdale, AZ • Puerto Plata, DR and Salt Lake City, UT.