# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HEATHER DOE, as parent and natural guardian of R.S., a minor** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 23-3287 |
| | : | |
| **DOROTHY E. AUSTIN** | : | |

## ORDER

**AND NOW**, this 2nd day of August 2024, it having been reported by Plaintiff's counsel the parties settled the matter and Plaintiff's counsel received payment under the settlement agreement, it is **ORDERED**:

1. This action is **DISMISSED WITH PREJUDICE** under Local Rule of Civil Procedure 41.1(b);[1] and,

2. The Clerk of Court shall mark this matter **CLOSED.**

_____
**KEARNEY, J.**

---

[1] Local Rule 41.1(b) provides:

> [a]ny such order of dismissal may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c).